UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT PADUCAH

FILED
WESTERN DISTRICT CLERK
DISTRICT OF KY

11 APR 20  AM 11: 43

UNITED STATES OF AMERICA

                                                 <u>INDICTMENT</u>

NO.    <u>5:11CR-8-R</u>

18 U.S.C. § 2252A(a)(2)(B)

v.                             18 U.S.C. § 2252A(a)(5)(B)

18 U.S.C. § 2252A(b)(1)

18 U.S.C. § 2252A(b)(2)

18 U.S.C. § 2253

**DAVID HUMMEL**

The Grand Jury charges:

### COUNT 1

On or about July 26, 2009, in the Western District of Kentucky, Graves County, Kentucky, the defendant, **DAVID HUMMEL**, knowingly distributed child pornography, as that term is defined in 18 U.S.C. §2256(8)(a), that was transported in interstate and foreign commerce by any means including by computer.

In violation of Title 18, United States Code, Section 2252A(a)(2)(B) and 2252A(b)(1).

The Grand Jury further charges:

### COUNT 2

On or about July 29, 2009, in the Western District of Kentucky, Graves County, Kentucky, the defendant, **DAVID HUMMEL**, knowingly possessed child pornography, as that term is defined in 18 U.S.C. §2256(8)(a), that had been transported in interstate and foreign commerce by any means, including by computer.

In violation of Title 18 United States Code, Section 2252A(a)(5)(B) and 2252A(b)(2).

## NOTICE OF FORFEITURE

The allegations contained in counts 1 and 2 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to the provisions of Title 18, United States Code, Section 2253.

As a result of committing offenses in violation of Title 18, United States Code, Sections 2252A(a)(2)(B) and 2252A(a)(5)(B), as alleged in Counts 1 and 2 of this Indictment, the defendant, **DAVID HUMMEL**, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253(a)(3), all of the right, title, and interests in:

1.  Dell Latitude C510 Laptop Computer;

2.  12 Zip Drive Disks;

3.  12 CD/DVD Rom Discs; and

4.  28 Floppy Diskettes;

Pursuant to Title 18, United States Code, Section 2253.

A TRUE BILL.


FOREPERSON


DAVID J. HALE
United States Attorney

DJH:ASM:4/12/11

2

UNITED STATES OF AMERICA v. **DAVID HUMMEL**

## P E N A L T I E S

Count 1:        NL 5 yrs./ NM 20 yrs./$250,000/both/NL 5 yrs./NM Life Supervised Release
Count 2:        NM 10 yrs./$250,000/both/NL 5 yrs./NM Life Supervised Release
Forfeiture

## N O T I C E

### ANY PERSON CONVICTED OF AN OFFENSE AGAINST THE UNITED STATES SHALL BE SUBJECT TO SPECIAL ASSESSMENTS, FINES, RESTITUTION & COSTS.

### SPECIAL ASSESSMENTS

18 U.S.C. § 3013 requires that a special assessment shall be imposed for each count of a conviction of offenses committed after November 11, 1984, as follows:

Misdemeanor: $ 25 per count/individual                 Felony: $100 per count/individual
$125 per count/other                                             $400 per count/other

### FINES

In addition to any of the above assessments, you may also be sentenced to pay a fine. Such fine is due <u>immediately</u> unless the court issues an order requiring payment by a date certain or sets out an installment schedule. You shall provide the United States Attorney's Office with a current mailing address for the entire period that any part of the fine remains unpaid, or you may be held in contempt of court. 18 U.S.C. § 3571, 3572, 3611, 3612

**Failure to pay fine as ordered may subject you to the following**:

1. **INTEREST** and **PENALTIES** as applicable by law according to last date of offense.

   For offenses occurring after December 12, 1987:

   No **INTEREST** will accrue on fines under $2,500.00.

   **INTEREST** will accrue according to the Federal Civil Post-Judgment Interest Rate in effect at the time of sentencing. This rate changes monthly. Interest accrues from the first business day following the two week period after the date a fine is imposed.

   **PENALTIES** of:

   10% of fine balance if payment more than 30 days late.

   15% of fine balance if payment more than 90 days late.

2. Recordation of a **LIEN** shall have the same force and effect as a tax lien.

3. Continuous **GARNISHMENT** may apply until your fine is paid.

18 U.S.C. §§ 3612, 3613

   If you **WILLFULLY** refuse to pay your fine, you shall be subject to an **ADDITIONAL FINE** of not more than the greater of $10,000 or twice the unpaid balance of the fine; or **IMPRISONMENT** for not more than 1 year or both. 18 U.S.C. § 3615

RESTITUTION

If you are convicted of an offense under Title 18, U.S.C., or under certain air piracy offenses, you may also be ordered to make restitution to any victim of the offense, in addition to, or in lieu of any other penalty authorized by law. 18 U.S.C. § 3663

APPEAL

If you appeal your conviction and the sentence to pay your fine is stayed pending appeal, the court shall require:

1.    That you deposit the entire fine amount (or the amount due under an installment schedule during the time of your appeal) in an escrow account with the U.S. District Court Clerk, or

2.    Give bond for payment thereof.

18 U.S.C. § 3572(g)


PAYMENTS

If you are ordered to make payments to the U.S. District Court Clerk's Office, certified checks or money orders should be made payable to the Clerk, U.S. District Court and delivered to the appropriate division office listed below:

LOUISVILLE:          Clerk, U.S. District Court
                     106 Gene Snyder U.S. Courthouse
                     601 West Broadway
                     Louisville, KY  40202
                     502/625-3500

BOWLING GREEN:       Clerk, U.S. District Court
                     120 Federal Building
                     241 East Main Street
                     Bowling Green, KY  42101
                     270/393-2500

OWENSBORO:           Clerk, U.S. District Court
                     126 Federal Building
                     423 Frederica
                     Owensboro, KY  42301
                     270/689-4400

PADUCAH:             Clerk, U.S. District Court
                     127 Federal Building
                     501 Broadway
                     Paducah, KY  42001
                     270/415-6400

If the court finds that you have the present ability to pay, an order may direct imprisonment until payment is made.

FORM DBD-34
JUN.85

No.

# UNITED STATES DISTRICT COURT

Western District of Kentucky
Paducah Division

## THE UNITED STATES OF AMERICA

vs.

DAVID HUMMEL

## INDICTMENT

**Title 18 U.S.C. §§ 2252A(a)(2)(B); 2252A(b)(1); 2252A(a)(5)(B); 2252A(b)(2):**

**Distribution of Child Pornography Transported in Interstate Commerce; Possession of Child Pornography Transported in Interstate Commerce.**

_____ *Foreman*

*Filed in open court this* 20th *day,  of* April  A.D. 2011.

_____ *Clerk*

*Bail, $*