17118Local PROB 12Z
(Rev. 2/2007)

# United States District Court

for

## WESTERN DISTRICT OF KENTUCKY

UNITED STATES OF AMERICA

vs.                                                           Docket Number:   5:11-CR-8-R

David Edward Hummel

Louisville, Kentucky 40203

### Petition for Modification on Probation and Supervised Release

Comes now Mike Clements, Probation Officer of the Court, presenting an official report upon the conduct of David Edward Hummel, who was placed on supervision by the Honorable Thomas B. Russell, Senior Judge, United States District Court, sitting in the Court at the Western District of Kentucky, Paducah Division, on February 15, 2012, who fixed the period of supervision at 15 years, and imposed the general terms and conditions theretofore adopted by the court and also imposed special conditions and terms as follows:

14) Drug Treatment/ Drug Testing
15) Sex Offender Treatment
16) Sex Offender Registration
17) Financial Disclosure
18) No Direct Contact with Minors During Employment
19) Third Party Disclosure
20) No Unsupervised Contact with Minors
21) Initial Computer Inspection
22) Computer Monitoring
23) Search
24) Abide by Rules of Computer Monitoring
25) No Internet Cellphone
26) No Storage Facility without Authorization
27) Provide Accurate Computer Information
28) Seize Computer Activity until Monitoring Software Installed
29) Provide Computer Monitoring Financial Documentation
30) Posses Only One Approved Computer
31) No Linux or Macintosh Computers
32) Polygraph / CVSA Testing

Mr. Hummel began his 15-year term of supervision on July 14, 2017.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

The probation officer is seeking a modification of Mr. Hummel's special conditions of supervised release to update certain conditions that would help improve the ability to better supervise Mr. Hummel. Mr. Hummel agreed and executed the Probation Form 49 Waiver of Hearing to Modify Conditions of Probation/Supervised Release on July 31, 2017.

PRAYING THAT THE COURT WILL ORDER THE REMOVAL OF THE FOLLOWING CONDITIONS:

21) The defendant shall submit to the USPO conducting an initial computer inspection/search of the defendant's computer system(s), which are subject to examination and monitoring, which may include retrieval and copying of all memory from hardware/software and/or of such system(s) for the purpose of conducting a more thorough inspection. An officer may conduct a subsequent search pursuant to this condition only when reasonable suspicion exists that the defendant is in violation of the court's no computer condition, or is in possession of child pornography, as defined in 18 U.S.C 2256(8). Any search must be conducted at a reasonable time and in a reasonable manner.

23) The defendant shall submit his or her person, property, house, residence, vehicle, papers, [computers (as defined in 18 USC 1030(e)(l), other electronic communications or data storage devices or media], or office, to search conducted by the United States Probation Officer. Failure to submit a search may be grounds for revocation of release. The defendant shall warn any other occupants that the premises may be subject to searches pursuant to this condition, or is in possession of child pornography, as defined in 18 U.S.C 2256(8) Any search must be conducted at a reasonable time and in a reasonable manner.

PRAYING THAT THE COURT WILL ORDER THE FOLLOWING CONDITIONS:

35) The defendant shall submit to the USPO conducting an initial computer inspection/search of the defendant's computer system(s), which are subject to examination and monitoring, which may include retrieval and copying of all memory from hardware/software and/or removal of such system(s) for the purpose of conducting a more thorough inspection. An officer may conduct a subsequent search pursuant to this condition only when reasonable suspicion exists that the defendant is in violation of the court's computer monitoring condition, or is in possession of child pornography, as defined in 18 U.S.C. 2256(8). Any search must be conducted at a reasonable time and in a reasonable manner.

36) The defendant shall submit his or her person, property, house, residence, vehicle, papers, computers [as defined in 18 USC 1030(e)(1)], other electronic communications or data storage devices or media, or office to a search conducted by the United States Probation Officer. Failure to submit to a search may be grounds for revocation of release. The defendant shall warn any other occupants that the premises may be subject to searches pursuant to this condition. An officer may conduct a search pursuant to this condition only when reasonable suspicion exists that the defendant has violated a condition of their release and that the areas to be searched may contain evidence of this violation. Any search must be conducted at a reasonable time and in a reasonable manner.

ORDER OF COURT

It is ordered that a modification be issued and made a part of the records in the above case.

I declare under penalty of perjury that the foregoing is true and correct.

Executed by

Clements, Michael T.
U.S. Probation Officer

DATE:

Place   Louisville, Kentucky

DATE: 7/31/17

cc:   U.S. Magistrate Judge, U.S. Marshal, U.S. Attorney, U.S. Probation Officer